UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 APR -2 PM 3:53
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| BRENNA WILDER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BENELUX CORPORATION; ANTHANASES STAMATOPOULOS, an individual; and LAMPROS MOUMOURIS, an individual,<br><br>Defendants. | Case No. 1:20-cv-00216<br><br>Hon. Lee Yeakel |

### ORDER STAYING CASE PURSUANT TO 9 U.S.C § 3

The matter having come before the Court by way of the parties Joint Motion for 9 U.S.C. § 3 Stay for Arbitration [Doc. 15] (the "Joint Motion"), and the Court having reviewed the motion and otherwise being duly advised in the premises thereof, hereby finds and orders as follows.

1. 9 U.S.C. § 3 provides:

> If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration, the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration under such an agreement, shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement, providing the applicant for the stay is not in default in proceeding with such arbitration.

2. The parties have represented that there exists an agreement between the parties under which the issues Plaintiff asserts in her Complaint are referable to arbitration.

The Joint Motion **IS HEREBY GRANTED** as follows:

3. This suit is hereby stayed pending the outcome of arbitration had in accordance with the terms of the agreement.

4. The Court retains jurisdiction to review and decide a petition pursuant to 9 U.S.C. § 5, a request for the entry of judgment upon an arbitrator's award pursuant to 9 U.S.C. § 9, or for any other proper purpose.

**IT IS SO ORDERED.**

Signed this 2nd day of April, 2020.

HON. LEE YEAKEL
United States District Court Judge